Argued and submitted March 25, affirmed August 21, 1991

In the Matter of the Compensation of
Philip V. Berning, Claimant.

Philip V. BERNING,
*Petitioner,*

*v.*

CORRECTIONS DIVISION
and SAIF Corporation,
*Respondents.*

(88-14499; CA A65403)

814 P2d 567

J. Michael Alexander, Salem, argued the cause for petitioner. With him on the brief was Burt, Swanson, Lathen, Alexander & McCann, Salem.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Sibley v. City of Phoenix,* 107 Or App 606, 813 P2d 69 (1991).